# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **KADEEM JAMES VAUGHN,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 5:24-CV-00399-TES-CHW |
| **HAYS STATE PRISON,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

Presently pending before the Court are the claims of *pro se* Plaintiff Kadeem James Vaughn, a prisoner most recently incarcerated in the Macon State Prison in Oglethorpe, Georgia. On December 30, 2024, the Court ordered Plaintiff to recast his Complaint on one of the Court's standard forms. Plaintiff was given fourteen (14) days to comply, and he was advised that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this action. *See generally* ECF No. 4.

The time for compliance has passed without a response. As Plaintiff was previously warned, the failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. Plaintiff is thus **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. Plaintiff must also fully comply with the Court's December 30th Order within **FOURTEEN (14) DAYS** from the date of this Order if he wishes to continue with this action. **Failure to fully and timely comply with this Order**

**will likely result in the dismissal of this case.** Plaintiff is also reminded of his obligation to notify the Court immediately and in writing of any further changes in his mailing address. There shall be no service of process until further order of the Court.

    **SO ORDERED**, this 14th day of February, 2025.

                                            s/ Charles H. Weigle
                                            Charles H. Weigle
                                            United States Magistrate Judge