IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KADEEM JAMES VAUGHN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-00399-TES-CHW |
| HAYS STATE PRISON, et al., | * |
| Defendants. | * |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of March, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk